1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

10

11   REANNA HERMOSILLO, as guardian        Case No. 5:15-EDCV-00033-DTB
     ad litem to C.E.L.R., a minor, individually
12   and as successor-in-interest; B.I.R., a    *[Assigned to Hon. David T. Bristow]*
     minor, individually and as successor-in-
13   interest; D.R.R., a minor, individually and **[~~PROPOSED~~] ORDER RE JOINT**
     as successor-in-interest; and J.I.H., a     **STIPULATION OF THE**
14   minor, individually and as successor-in-    **PARTIES FOR PARTIAL**
     interest to decedent ENRIQUE CARLOS         **DISMISSAL WITH PREJUDICE OF**
15   RODARTE,                                     **CLAIMS AND PARTIES**

16              Plaintiffs,

17         v.                                      **Trial:      March 13, 2017**

18   THE COUNTY OF SAN
     BERNARDINO, THE CITY
19   OF VICTORVILLE, and as DOE 1-
     DET.ECTIVE BRAD BONNET,
20   individually and in his capacity as a
     Detective in the San Bernardino County
21   Sheriff's Department; DOE 2-DEPUTY
     PAUL CASAS, individually and in his
22   capacity as a deputy in the San Bernardino
     County Sheriff's Department; DOE 3-
23   DEPUTY JASON FORTIER,
     individually and in his capacity as a
24   deputy in the San Bernardino County
     Sheriff's Department; DOE 4-DEPUTY
25   DAVID PAGE, individually and in his
     capacity as a deputy in the San Bernardino
26   County Sheriff's Department; DOE 5-
     SERGEANT JOHN WALKER,
27   individually and in his capacity as a
     Sergeant in the San Bernardino County
28   Sheriff's Department; DOE 6 -

H:\0MJDAP_CONSENT\HERMOSILLO v. COUNTY EDCV15-33\HERMOSILLO.ED15CV33DTB.ORDER RE DISMISSAL 03-01-17.docx

1   COMMANDER LIEUTENANT
    HECTOR GOMEZ, individually and in
2   his capacity as a Lieutenant and
    Commander of the S.E.D. in the San
3   Bernardino County Sheriff's Department;
    DOE 7 - CAPTAIN GREGG HERBERT,
4   individually and in his capacity as a
    Captain in the San Bernardino County
5   Sheriff's Department; DOE 8- SHERIFF
    JOHN MCMAHON, individually and in
6   his capacity as Sheriff of the County of
    San Bernardino and DOES 9-10,
7   inclusive, individually.

8              Defendants,

9

10   PURSUANT TO THE STIPULATION OF THE PARTIES, the Court orders as

11   follows:

12           The Court **dismisses with prejudice** Sheriff John McMahon and Captain

13   Gregg Herbert as defendants from all claims in the operative First Amended

14   Complaint.

15           The Court **dismisses with prejudice** the following claim: the fourth federal

16   claim for **Conspiracy to Violate Civil Rights and Conspiracy to Cover-Up (42**

17   **U.S.C. § 1983 and 42 U.S.C. § 1985)** by plaintiffs against defendants Detective

18   Brad Bonnet, Deputy Paul Casas, Deputy Jason Fortier, Deputy David Page,

19   Sergeant John Walker, Captain Gregg Herbert, Commander Lieutenant Hector

20   Gomez, and Sheriff John McMahon, and DOES 9-10.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Furthermore, the Court hereby takes judicial notice of the fact that the parties
2  agree to mutually waive and release all costs, court fees, and attorneys' fees arising
3  out of this litigation between these parties thereto as to the aforementioned
4  dismissed claims, only.
5    IT IS SO ORDERED.
6
7  DATED:  March 1, 2017                **UNITED STATES DISTRICT COURT**
8
9                                       By: _____
10                                      Magistrate Judge David T. Bristow
                                        UNITED STATES DISTRICT COURT
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

H:\0MJDAP_CONSENT\HERMOSILLO\HERMOSILLO v. COUNTY EDCV15-33\HERMOSILLO.ED15CV33DTB.ORDER RE DISMISSAL 03-01-17.docx